# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2007

134010

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE CONOR ASHTON SERWATOWSKI,
DUNCAN SAWYER SERWATOWSKI,
LOGAN KINCAID SERWATOWSKI, and
QUENTIN DEVIN SERWATOWSKI, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

DEBBIE SERWATOWSKI,
        Respondent-Appellant,

and

ANDREW SERWATOWSKI,
        Respondent.

SC: 134010
COA: 274395
Oakland CC
Family Division: 01-654430-NA

_____/

On order of the Court, the application for leave to appeal the May 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2007

_____
Clerk

s0612